THOMAS HESLAN et al., Appellants, *v.* WILLIAM W. FOWLER
et al., Respondents.

(Argued January 20, 1892; decided February 2, 1892.)

APPEAL from order of the General Term of the Supreme
Court in the fourth judicial department, made September 8,

1891, which affirmed an order of Special Term confirming the report of a referee appointed to ascertain and report the damages sustained by defendants by reason of an injunction.

*James Coupe* for appellants.

*S. J. Barrows* for respondents.

Agree to affirm; no opinion.
All concur, except MAYNARD, J., taking no part.
Order affirmed.